IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL FLEMING,

    Plaintiff,

vs.                                    CASE NO. 5:06cv64-RS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.

_____/

### ORDER

Before the court are the Magistrate Judge's Report and Recommendation (Document 5) and Plaintiff's Response (Document 6). Plaintiff does not object to transfer this action pursuant to 28 U.S.C. §1404(a).

**IT IS ORDERED:**

1. The Magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is transferred to the United States District Court for the Southern District of Florida.

3. The clerk is directed to close the file.

ORDERED on April 10, 2006.

                                                /S/ Richard Smoak
                                              RICHARD SMOAK
                                              UNITED STATES DISTRICT JUDGE